**CHICAGO POLICE DEPARTMENT**
# ORIGINAL CASE INCIDENT REPORT
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03)-C

RD #: **JC426090**
Case ID: 11822283   casr201
EVENT #: 1925208830

## INCIDENT

**APPROVAL COMPLETE**

IUCR: 031a - Robbery - Armed: Handgun

Occurrence Location: 3222 W Bryn Mawr Ave
Chicago IL
293 - Restaurant
Beat: 1711
Unit Assigned: 1802
RO Arrival Date: 09 September 2019 13:45
# Offenders: 5

Occurrence Date: 08 September 2019 23:59 - 09 September 2019 01:00

## NON-OFFENDER(S)

**VICTIM - Individual**

[redacted]

Other Communications and Availability

[redacted]

## INJURY(S)

Responding Unit:

## SUSPECT(S)

**Suspect # 1**

Name: UNK
Unknown Ave
Chicago ILLINOIS
Beat: 3100

**Demographics**
Male
Black
6'02-6'03
Age: 25 years - 35 years

Injury Info

Responding Unit:

**Suspect # 2**

Name: UNK
Unknown Ave
Chicago ILLINOIS
Beat: 3100

**Demographics**
Male
Black
6'02-6'03
Age: 25 years - 35 years

Injury Info

Responding Unit:

RD #: JC426090

## SUSPECT(S)

### Suspect # 3
**Name:** UNK

**Demographics**
Male
White Hispanic
6'02-6'03
**Age:** 25 years - 35 years

**Injury Info**

**Responding Unit:**

### Suspect # 4
**Name:** UNK
Unknown Ave
Chicago ILLINOIS
**Beat:** 3100

**Demographics**
Male
White Hispanic
6'02-6'03
**Age:** 25 years - 35 years

**Injury Info**

**Responding Unit:**

### Suspect # 5
**Name:** UNK
Unknown Ave
Chicago ILLINOIS
**Beat:** 3100

**Demographics**
Male
White Hispanic
6'02-6'03
**Age:** 25 years - 35 years

**Injury Info**

**Responding Unit:**

## OTHER

**Miscellaneous**
Victim Information Provided

**Flash Message Sent ?** No

## FIREARMS

**Firearm #1**  **Possessor/User:** [redacted]

- **Type:** Semi-Automatic Pistol
- **Make:** Heckler & Koch
- **Model:** Hk Vp9sk
- **Serial #:** S/N:2320-030440
- **Feature:** Black
- **Caliber/Gauge:** 9 caliber
- **Barrel Length:** 4.7IN
- **Displayed?** No
- **Used?** No
- **Recovered?** No
- **Taken/Stolen?** Yes
- **Duty Related?** No
- **Evidence?**
- **Owner Known?** Yes
- **Owner:** [redacted]
- **Phone:** [redacted]
- **Magazine Capacity:** 15
- **Registered Status:** Stolen
- **# Live Rounds:** 30

## OTHER PROPERTIES

**Property #1**  **Possessor/User:** [redacted]

- **Description:** Ammunition - 30 Live Rounds, 0 Spent Cartridges, 9 Mm Caliber,
- **Owner:** [redacted]
- **Used as Weapon?** No
- **Taken/Stolen?** Yes
- **Recovered?** No

## NON-OFFENDERS

**BUSINESS LICENSE HOLDER - Business**
- **Name:** KABOB GRILL, (Firm)
- **Bus:**
- **Beat:** 5100
- **Contact:** Unk

## NOTIFICATIONS

| Request Type | Unit | Agency Name | Date | Star # | Name |
|---|---|---|---|---|---|
| Notification | 630 | Detective Area - North | 09 September 14:25 | 21606 | MARTIN, |

Other Notifications May Be In Narrative.

## NARRATIVES

EV# 08830 IN SUMMARY, ███████████ (VICTIM AND COMPLAINANT) STATED THAT DURING A ROOF TOP PRIVATE CELEBRATION AT THE LISTED ESTABLISHMENT, FIVE MALE OFFENDERS ENTERED AND DISLPAYED FOUR MACHINE GUNS AND ONE GREEN HAND GUN. ONE OFFENDER SAID" DEA. POLICE! EVERYONE ONE THE FLOOR. HANDS OUT. FACE DOWN." THE OFFENDERS WERE DRESSED IN JEANS, GREEN BULLET PROOF VESTS, BLACK BULLET PROOF VESTS AND DEA BADGES. THE OFFENDERS HANDCUFFED SEVERAL PEOPLE TOGETHER AND EMPTIED THE PATRONS POCKETS. THE OFFENDERS TOOK JEWELRY, CASH, AND FIREARMS. THE VICTIM FIREARM WAS TAKEN FROM HIS BELT HOLDER ALONG WITH AN EXTRA CLIP. THE VICTIM HAS VALID FOID CARD#34900949 AND CONCEAL CARRY LIC#1534900949. NOTIFICATIONS: GUN DESK BY FAX. CPIC 1446HRS AGUINAGA #13110

## PERSONNEL

| | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Reporting Officer | 19594 | #6629 | DEMERY, Angela | (PC0J888) | 09 Sep 2019 14:53 | 018 | 1802 |

## IUCR ASSOCS.

| Victim | IUCR | Crime | Offender |
|---|---|---|---|
| FAKHOURI S Amer | 031A | Robbery - Armed: Handgun | UNK |
| FAKHOURI S Amer | 031A | Robbery - Armed: Handgun | UNK |
| FAKHOURI S Amer | 031A | Robbery - Armed: Handgun | UNK |
| FAKHOURI S Amer | 031A | Robbery - Armed: Handgun | UNK |
| FAKHOURI S Amer | 031A | Robbery - Armed: Handgun | UNK |