FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    04/23/2020

▮▮▮▮▮ (Protect Identity), date of birth ▮▮▮▮▮ occupation, cell phone store owner, residential address ▮▮▮▮▮, was interviewed at Chicago Police Department's (CPD) 17th District, address 4650 North Pulaski Road, Chicago, IL. After being advised of the identity of the interviewing Agent, Special Agent (SA) Christopher Potts, Task Force Officers (TFOs) Jaime Luna and Jose Almanza, CPD Detective Demetrios Kolliopoulos, and the nature of the interview, ▮▮▮▮▮ provided the following information:

▮▮▮▮▮ went to meet with his distant cousin, ▮▮▮▮▮ (ph), in the area of Bryn Mawr, IL on September 8, 2019, to play in a poker game. The game was played on the second floor of a restaurant and was operated by ▮▮▮▮▮ phone number ▮▮▮▮▮. Guests typically parked in front of the restaurant, which ▮▮▮▮▮ noted was most likely not operational, and entered through the front door. That evening, ▮▮▮▮▮ was unable to find parking and called ▮▮▮▮▮ who instructed him to park near a body shop down the street. ▮▮▮▮▮ was eventually able to relocate his vehicle to the front of the restaurant. The structure was two stories tall with a door leading to a staircase that allowed guests access to the second floor. The door was locked and had a buzzer that would notify the game's operators that a guest had arrived. A camera was positioned above the door that could observe patrons before they entered, but ▮▮▮▮▮ did not think they were actively recording. Once a guest was identified, they were allowed access into the second floor.

This was ▮▮▮▮▮' second or third time at the game. He entered with a bag containing his pistol, a GLOCK, some medicine and money. There were approximately 15 people in the room that were a part of the game. 7-8 people were playing at a single card table that was operated by approximately 4 dealers, 2 "massage girls", and 2-3 waiters who were serving non-alcoholic beverages. Another table in the corner was occupied by approximately 4

---

Investigation on   04/17/2020   at   Chicago, Illinois, United States (In Person)

File #   281D-CG-3180177     Date drafted   04/20/2020

by   POTTS CHRISTOPHER, TFO Jaime Luna

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Exhibit B

people who were playing Spades, but were not engaged in gambling. The 7-8 players at the main table were playing "Pot Limit Omaha". The buy-in for the games was $500 and up. There were also a couple of slot machines located in the room. The games typically started around 8-9pm and were played for several hours. ▮▮▮▮ planned to stay until approximately 11pm.

Shortly after ▮▮▮▮▮ arrival, pizza was delivered to the event by LOU MALNATI'S. TADROS mentioned that there were most likely several games that were being operated in the area, and dealers may work several different games in one night. When the dealer was not actively engaged in working a game, he may go work at another game in the area. ▮▮▮▮▮ mentioned that ▮▮▮▮ last name unknown, who was possibly Syrian, and ▮▮▮▮▮ last name unknown, who was a black male, were two of the dealers who were working the game that evening. ▮▮▮▮▮ left shortly before the pizza arrived and may have opened the door for the pizza delivery employee.

Five minutes after the pizza arrived, ▮▮▮▮▮ heard loud footsteps running up the stairs accompanied by loud yelling. The voices were yelling "POLICE", "DEA", and "Where are the drugs!?". Upon entry, ▮▮▮▮▮ observed four subjects who were all armed with what appeared to be firearms. One of the subjects was carrying what ▮▮▮▮▮ noted looked like an assault rifle, the other three subjects were carrying pistols. Each of the subjects were wearing what ▮▮▮▮▮ described to be bullet-proof vests. The vests were black in color and appeared to be extra long. The subjects all had badges fixed to their outfits, as well as police scanners that seemed to be programmed to a Chicago Police Department radio channel. The subjects told the victims that they had a search warrant and ordered everyone at the table to lay on the ground. Everyone at the table was initially handcuffed from behind. One of the players, who ▮▮▮▮▮ said was a former law enforcement officer, told the subjects he had a significant shoulder injury and needed to be handcuffed in the front. The subjects handcuffed him in the front and ordered him to remain where he was. After the subjects secured all of the victims, they chuckled and told the victims that they were not really the police or federal agents, and that this was a robbery. ▮▮▮▮▮ told the subjects that he had high blood pressure and asked for his handcuffs to be repositioned to the front. The subjects removed his handcuffs and handcuffed him to the front. Each of the victims were thoroughly searched for valuables. An

**Exhibit B**



FD-302a (Rev. 5-8-10)

281D-CG-3180177

Continuation of FD-302 of (U) Interview with ▓▓▓▓▓ (Protect Identity) , On 04/17/2020 , Page 3 of 5

unidentified male known as "SARGE", who was wearing glasses and carrying what appeared to be a brown and silver colored GLOCK, asked ▓▓▓ if he was married. ▓▓▓ responded that he was and SARGE told him that he could keep his wedding ring, but that everything else was getting taken. ▓▓▓ said that was when his diamond tennis bracelet (approximate value was $20000), watch (approximately value $5000), and cash were all taken.

▓▓▓ noted that the subjects were relatively thorough, but they missed several valuable items from some of the players. ▓▓▓ last name unknown, had his "buy-in" in his pocket, which was overlooked during the subject's search. ▓▓▓ also noted that ▓▓▓▓, a professional poker player, was able to keep his bag with approximately $25,000 in poker chips.

During the robbery, ▓▓▓ was forced into a back room at gunpoint. He noted that there were two men in the room with him and that one of them was pointing a gun at him while the other was trying to get information regarding the location of money. The subjects told ▓▓▓ that they knew money was kept inside of the ceiling. While in the room, one of the subjects pointed out a vent that seemed to be held together by masking tape. The subject peeled the masking tape off with his bare hands in order to inspect it for money. SARGE, who was wearing gloves, took the masking tape and put it in his pocket. ▓▓▓ noted that he may have done this to help cover up any fingerprints that would have been left behind. ▓▓▓ told the subjects that ▓▓▓ ran the game and if there was a large amount of money he would know where it was.

On several occasions, ▓▓▓ heard the subjects say something to the effect of "If someone fucking moves, shoot him". One of the subjects, who ▓▓▓ described as a black male who was approximately 6' 5" or 6' 6" told one of the victims that he had been doing this for seven years and did not have to shoot anyone yet. ▓▓▓ mentioned that the subjects took everyone's jewelry, including a bracelet that one of the victims mentioned was approximately 70 thousand dollars. The subjects dumped ▓▓▓' red, white, and blue TOMMY HILFIGER bag and put their proceeds inside. ▓▓▓ noted that he stored a GLOCK semi-automatic pistol inside of a bottom compartment in the bag, but it did not fall out when the bag was dumped. ▓▓▓ asked the subjects to leave his medicine behind because he had a medical condition, they said something to the effect "thanks for letting us keep the money

**Exhibit B**

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of (U) Interview with ▆▆▆▆▆ (Protect Identity) , On 04/17/2020 , Page 4 of 5

281D-CG-3180177

though". The weapon was subsequently stolen when the subjects fled, but they left the medicine with ▆▆▆▆.

▆▆▆▆ noted that the massage girls were not handcuffed, but their phones were taken. All of the victims' phones were stolen except for a "flip phone" that may have been overlooked. ▆▆▆ who was previously identified as a dealer at the game, told ▆▆▆▆ that it appeared the subjects fled in a white vehicle, potentially a AUDI or BMW SUV. ▆▆▆▆ noted that they must have had a "getaway driver", but he did not see them enter the vehicle.

Overall, the subjects were in the building for approximately 45 minutes and conducted a very methodical search. They seemed to be very calm and were not rushing through the search. Prior to exiting, an unidentified subject, who was previously identified as being about 6' 5" to 6'6" took ▆▆▆▆ license out of his wallet and took a picture of it. He told ▆▆▆▆ something to the effect of "I took a liking to you, I'm going to pay you a visit". ▆▆▆▆ noted that they left shortly after the picture was taken. All four of the subjects were wearing masks, SARGE seemed to be wearing a "full face mask" and the others had something covering the lower halves of their faces. Each of them appeared to be wearing skull caps and had badges that seemed to identify them as police officers. ▆▆▆▆ mentioned that he and another player parked their RANGER ROVERS in front of the restaurant, but the cars did not appear to be burglarized. ▆▆▆▆ did not know how much money was taken in total. He noted that three players, including himself, had their pistols stolen. ▆▆▆▆ estimated that at least 60-80 thousand dollars were stolen, but he was not sure. ▆▆▆▆ heard that a large amount of money was hidden in the building, but he did not know if that was true or if the subjects found it.

Following the robbery, the game was moved to a high rise building.

[Agent Note: Investigators showed ▆▆▆▆ three pictures. Two of the pictures depicted a GLOCK 21 bearing serial number AARY423. ▆▆▆▆ looked at the photos and confirmed that the serial number on the photo was identical to the GLOCK that was stolen from him. The third picture showed a group of individuals who ▆▆▆ noted could have been responsible for the robbery. ▆▆▆▆ said that several of the subjects looked familiar, but he did know their names.]

**Exhibit B**

FD-302a (Rev. 5-8-10)

281D-CG-3180177

Continuation of FD-302 of (U) Interview with ▓▓▓▓▓▓ (Protect Identity) , On 04/17/2020 , Page 5 of 5

[Agent Note: ▓▓▓▓ provided investigators with information regarding his contact with other players who were present during the robbery, or people who may have indirect knowledge regarding the events that took place.]

After the robbery, ▓▓▓▓ had contact with an associate he knew as Z, or ▓▓▓ (known to investigators as ▓▓▓▓▓▓). ▓▓▓▓ brother (known to investigators as ▓▓▓▓▓▓, hereafter referred to as ▓▓▓ was kidnapped in the vicinity of Naperville, IL and was beaten and tortured. He may have had several broken ribs and other injuries. ▓▓▓▓ mentioned that ▓▓▓ had several cell phone stores throughout Chicago, IL including 135th and Cicero, 103rd and Martin Luther King Drive, and Naperville, IL. TADROS told investigators that these stores were known as "cash out" stores. He explained that new phones were purchased on credit by people who would sell them to "cash out" stores for cash. ▓▓▓▓ mentioned that "everyone in the hood" knew that these stores had money, and may have been a reason for the robbery.

▓▓▓▓ also made an effort to locate his stolen jewelry. He contacted ▓▓▓▓▓▓ and asked him to "put a word out" in reference to the stolen items. ▓▓▓ told ▓▓▓▓ that he contacted ROYAL PAWN, but they did not have anything resembling what he lost. ▓▓▓▓ also contacted TREASURES, address 150 West Roosevelt road, because he heard that they received several new ROLEX watches around the same time as the robbery, but said the store owner denied that.

[Agent Note: ▓▓▓▓ was given contact information for Special Agent Christopher Potts and was asked to call if he had any concerns regarding his or his family's safety. ▓▓▓▓ was told that he will most likely be contacted in the future.]

**Exhibit B**