

# Extraction Report
Apple iOS iTunes (Backup)

## Participants


+17739340296
**Sed Williams*** (owner)


**Ma Ma***

## Conversation - Instant Messages (14)

**Ma Ma**
U coming back here or gamble ya shit before u can think bout what u should do with whatever
Status: Read
Read: 10/17/2019 9:48:21 PM(UTC-5)
10/17/2019 9:27:12 PM(UTC-5)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4E4F8D (Table: message, handle, chat, Size: 25767936 bytes)

**+17739340296 Sed Williams**
Lmaooo I didn't get nothing yet baby
Status: Sent
Delivered: 10/17/2019 9:48:53 PM(UTC-5)
Read: 10/18/2019 1:49:37 AM(UTC-5)
10/17/2019 9:48:51 PM(UTC-5)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4E4CCC (Table: message, chat, Size: 25767936 bytes)

**Ma Ma**
U good
Status: Read
Read: 10/18/2019 2:18:43 AM(UTC-5)
10/18/2019 1:56:55 AM(UTC-5)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4E8D4F (Table: message, handle, chat, Size: 25767936 bytes)

**+17739340296 Sed Williams**
Yeah
Status: Sent
Delivered: 10/18/2019 2:18:48 AM(UTC-5)
Read: 10/18/2019 2:19:44 AM(UTC-5)
10/18/2019 2:18:47 AM(UTC-5)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4E8B39 (Table: message, chat, Size: 25767936 bytes)

Exhibit C

1

> **Ma Ma**
> K baby be careful
> Status: Read
> Read: 10/18/2019 2:22:46 AM(UTC-5)
> 10/18/2019 2:19:57 AM(UTC-5)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4E892F (Table: message, handle, chat, Size: 25767936 bytes)

> **Ma Ma**
> Grab phones too n Mac book Lmaoo
> Status: Read
> Read: 10/18/2019 2:22:49 AM(UTC-5)
> 10/18/2019 2:22:49 AM(UTC-5)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4E870B (Table: message, handle, chat, Size: 25767936 bytes)

> **+17739340296 Sed Williams**
> Okay I will
> Status: Sent
> Delivered: 10/18/2019 2:22:52 AM(UTC-5)
> Read: 10/18/2019 2:22:52 AM(UTC-5)
> 10/18/2019 2:22:52 AM(UTC-5)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4E84C1 (Table: message, chat, Size: 25767936 bytes)

> **+17739340296 Sed Williams**
> Only grab him
> Status: Sent
> Delivered: 10/18/2019 2:23:08 AM(UTC-5)
> Read: 10/18/2019 2:23:11 AM(UTC-5)
> 10/18/2019 2:23:07 AM(UTC-5)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4E82A3 (Table: message, chat, Size: 25767936 bytes)

>  **Ma Ma**
> Attachments:
>
> 
>
> Size: 66025
> File name: ac6bd0e5e34354a8a44d54ea4663e9b2-sticker.png
> ac6bd0e5e34354a8a44d54ea4663e9b2-sticker.png
> Status: Read
> Read: 10/18/2019 2:25:35 AM(UTC-5)
> 10/18/2019 2:23:30 AM(UTC-5)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4E9F62 (Table: message, handle, chat, attachment, Size: 25767936 bytes)
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/StickerCache/ac6bd0e5e34354a8a44d54ea4663e9b2-ac6bd0e5e34354a8a44d54ea4663e9b2-sticker/ac6bd0e5e34354a8a44d54ea4663e9b2-sticker.png : (Size: 66025 bytes)

**Exhibit C**

 Ma Ma

N u gambling right now
Status: Read
Read: 10/18/2019 6:23:54 AM(UTC-5)
10/18/2019 6:08:08 AM(UTC-5)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4E95FC (Table: message, handle, chat, Size: 25767936 bytes)

Ma Ma

87 Kedzie 69 western 133 Cicero
Status: Read
Read: 10/18/2019 6:57:57 AM(UTC-5)
10/18/2019 6:51:19 AM(UTC-5)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4E93CE (Table: message, handle, chat, Size: 25767936 bytes)

Ma Ma

Don't cash em
In yourself get a female to walk in
Status: Read
Read: 10/18/2019 7:12:08 AM(UTC-5)
10/18/2019 7:06:25 AM(UTC-5)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4EAF8D (Table: message, handle, chat, Size: 25767936 bytes)


+17739340296 Sed Williams
Attachments:


Size: 2748205
File name: IMG_0218.HEIC
IMG_0218.HEIC


Size: 2575405
File name: IMG_0217.HEIC
IMG_0217.HEIC

Status: Sent
Delivered: 10/18/2019 8:07:03 AM(UTC-5)
Read: 10/18/2019 8:07:31 AM(UTC-5)
10/18/2019 7:52:07 AM(UTC-5)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4EA43F (Table: message, chat, attachment, Size: 25767936 bytes)
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/0c/12/FD0EC9AD-0DCE-40D7-807A-CA0433AC48D7/IMG_0218.HEIC :  (Size: 2748205 bytes)
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/e1/01/7B356947-2727-40E1-B933-454D5E33D4E3/IMG_0217.HEIC :  (Size: 2575405 bytes)

**Exhibit C**

> +17739340296 Sed Williams
>
> 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
> **Status:** Sent
> **Delivered:** 10/18/2019 8:07:06 AM(UTC-5)
> **Read:** 10/18/2019 8:07:31 AM(UTC-5)
>
> 10/18/2019 7:53:53 AM(UTC-5)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x4EBF85 (Table: message, chat, Size: 25767936 bytes)

**Exhibit C**