| Caller Name | Recipient Name | Date | Time | Duration | Call Type |
|---|---|---|---|---|---|
| Benjamin Dawkins | Sedgwick Williams | 10/17/2019 | 1:01:31 | 0:00:21 | Voice |
| Ivan Ayers | Sedgwick Williams | 10/17/2019 | 13:57:11 | 0:00:04 | Voice |
| Ivan Ayers | Sedgwick Williams | 10/17/2019 | 13:57:12 | 0:00:04 | Voice |
| Ivan Ayers | Sedgwick Williams | 10/17/2019 | 13:57:19 | 0:00:04 | Voice |
| Ivan Ayers | Sedgwick Williams | 10/17/2019 | 13:57:20 | 0:00:04 | Voice |
| Ivan Ayers | Sedgwick Williams | 10/17/2019 | 13:57:26 | 0:00:04 | Voice |
| Ivan Ayers | Sedgwick Williams | 10/17/2019 | 13:58:03 | 0:00:04 | Voice |
| Sedgwick Williams | Ivan Ayers | 10/17/2019 | 13:59:38 | 0:04:17 | Voice |
| Sedgwick Williams | Ivan Ayers | 10/17/2019 | 15:15:30 | 0:01:13 | Voice |
| Ivan Ayers | Sedgwick Williams | 10/17/2019 | 15:21:39 | 0:00:00 | Voice |
| Ivan Ayers | Sedgwick Williams | 10/17/2019 | 16:41:57 | 0:00:04 | Voice |
| Ivan Ayers | Sedgwick Williams | 10/17/2019 | 16:42:30 | 0:00:04 | Voice |
| Ivan Ayers | Sedgwick Williams | 10/17/2019 | 16:42:39 | 0:01:12 | Voice |
| Sedgwick Williams | Ivan Ayers | 10/17/2019 | 19:54:41 | 0:01:45 | Voice |
| Ivan Ayers | Sedgwick Williams | 10/17/2019 | 22:06:14 | 0:00:06 | Voice |
| Ivan Ayers | Sedgwick Williams | 10/17/2019 | 22:06:46 | 0:00:06 | Voice |
| Sedgwick Williams | Ivan Ayers | 10/17/2019 | 22:07:09 | 0:01:18 | Voice |
| Sedgwick Williams | Ivan Ayers | 10/17/2019 | 22:09:31 | 0:00:59 | Voice |
| Sedgwick Williams | Ivan Ayers | 10/17/2019 | 22:12:46 | 0:01:51 | Voice |
| Sedgwick Williams | Ivan Ayers | 10/17/2019 | 22:14:52 | 0:00:09 | Voice |
| Burner Phone | *67 Victim 1's Brother | 10/18/2019 | 0:39:49 | 0:00:00 | Voice |
| Burner Phone | *67 Victim 1's Brother | 10/18/2019 | 0:52:35 | 0:00:00 | Voice |
| Burner Phone | *67 Victim 1's Brother | 10/18/2019 | 0:53:25 | 0:00:00 | Voice |

Exhibit F

| Caller Name | Recipient Name | Date | Time | Duration | Call Type |
|---|---|---|---|---|---|
| Burner Phone | *67 Victim 1's Brother | 10/18/2019 | 0:55:02 | 0:00:10 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 0:56:21 | 0:00:05 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 0:56:34 | 0:00:00 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 0:59:06 | 0:00:04 | Voice |
| Burner Phone | *67 Victim 1's Brother | 10/18/2019 | 1:00:20 | 0:00:02 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 1:01:04 | 0:00:00 | Voice |
| Burner Phone | *67 Victim 1's Sister | 10/18/2019 | 1:02:29 | 0:00:11 | Voice |
| Burner Phone | *67 Victim 1's Sister | 10/18/2019 | 1:02:56 | 0:00:00 | Voice |
| Burner Phone | Victim 1's Sister | 10/18/2019 | 1:03:22 | 0:00:00 | Voice |
| Burner Phone | A6797719622 | 10/18/2019 | 1:04:17 | 0:00:00 | Voice |
| Burner Phone | *67 Victim 1's Brother | 10/18/2019 | 1:04:28 | 0:00:00 | Voice |
| Burner Phone | *67 Victim 1's Brother | 10/18/2019 | 1:04:46 | 0:00:00 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 1:05:06 | 0:00:00 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 1:06:19 | 0:00:29 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 1:07:41 | 0:00:11 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 1:08:39 | 0:00:06 | Voice |
| Burner Phone | Victim 1's Sister | 10/18/2019 | 1:09:44 | 0:00:06 | Voice |
| Burner Phone | Victim 1's Sister | 10/18/2019 | 1:24:29 | 0:00:00 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 1:25:02 | 0:00:00 | Voice |
| Burner Phone | Victim 1's Sister | 10/18/2019 | 1:26:01 | 0:00:04 | Voice |
| Burner Phone | Victim 1's Sister | 10/18/2019 | 1:28:26 | 0:00:02 | Voice |
| Burner Phone | Victim 1's Sister | 10/18/2019 | 1:30:52 | 0:00:11 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 1:31:59 | 0:00:04 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 1:42:53 | 0:00:00 | Voice |
| Burner Phone | *67 Victim 1's Brother | 10/18/2019 | 1:46:38 | 0:00:00 | Voice |
| Burner Phone | *67 Victim 1's Brother | 10/18/2019 | 1:47:04 | 0:00:00 | Voice |

Exhibit F

| Caller Name | Recipient Name | Date | Time | Duration | Call Type |
|---|---|---|---|---|---|
| Burner Phone | *67 Victim 1's Brother | 10/18/2019 | 1:48:08 | 0:00:06 | Voice |
| Burner Phone | *67 Victim 1's Brother | 10/18/2019 | 1:49:05 | 0:00:04 | Voice |
| Burner Phone | *67 Victim 1's Brother | 10/18/2019 | 1:50:09 | 0:00:03 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 1:50:45 | 0:00:02 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 1:51:01 | 0:00:05 | Voice |
| Burner Phone | *67 Victim 1's Brother | 10/18/2019 | 1:51:32 | 0:00:00 | Voice |
| Burner Phone | *67 Victim 1's Sister | 10/18/2019 | 1:52:56 | 0:00:02 | Voice |
| Burner Phone | *67 Victim 1's Sister | 10/18/2019 | 1:53:09 | 0:00:00 | Voice |
| Burner Phone | *67 Victim 1's Sister | 10/18/2019 | 1:53:52 | 0:00:00 | Voice |
| Burner Phone | *67 Victim 1's Brother | 10/18/2019 | 1:54:35 | 0:00:00 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 1:55:53 | 0:00:18 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 1:56:32 | 0:00:34 | Voice |
| Burner Phone | *67 Victim 1's Brother | 10/18/2019 | 1:57:47 | 0:00:00 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 1:58:26 | 0:00:23 | Voice |
| Burner Phone | *67 Victim 1's Sister | 10/18/2019 | 1:59:35 | 0:00:02 | Voice |
| Burner Phone | *67 Victim 1's Brother | 10/18/2019 | 1:59:48 | 0:00:00 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 2:00:31 | 0:00:25 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 2:01:39 | 0:00:00 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 2:01:55 | 0:00:20 | Voice |
| Burner Phone | *67 Victim 1's Brother | 10/18/2019 | 2:02:24 | 0:00:00 | Voice |
| Burner Phone | *67 Victim 1's Sister | 10/18/2019 | 2:03:44 | 0:00:02 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 2:04:41 | 0:00:05 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 2:05:05 | 0:00:29 | Voice |
| Burner Phone | *67 Victim 1's Sister | 10/18/2019 | 2:06:21 | 0:00:02 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 2:07:12 | 0:00:04 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 2:07:23 | 0:00:00 | Voice |

Exhibit F

| Caller Name | Recipient Name | Date | Time | Duration | Call Type |
|---|---|---|---|---|---|
| Burner Phone | Victim 1's Wife | 10/18/2019 | 2:07:35 | 0:00:03 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 2:07:52 | 0:00:08 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 2:08:15 | 0:00:05 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 2:08:33 | 0:00:19 | Voice |
| Burner Phone | *67 Victim 1's Sister | 10/18/2019 | 2:09:39 | 0:00:10 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 2:10:42 | 0:00:04 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 2:11:35 | 0:00:04 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 2:12:25 | 0:00:04 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 2:13:16 | 0:00:03 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 2:13:35 | 0:00:23 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 2:17:44 | 0:00:04 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 2:19:00 | 0:00:03 | Voice |
| Burner Phone | *67 Victim 1's Sister | 10/18/2019 | 2:19:14 | 0:00:00 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 2:34:08 | 0:01:26 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 2:35:59 | 0:01:39 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 2:43:24 | 0:00:00 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 3:55:24 | 0:00:27 | Voice |
| Sedgwick Williams | Ivan Ayers | 10/18/2019 | 4:41:30 | 0:00:03 | Voice |
| Ivan Ayers | Sedgwick Williams | 10/18/2019 | 4:42:02 | 0:00:00 | Voice |
| Jonathan Vargas | Ivan Ayers | 10/18/2019 | 4:42:20 | 0:00:00 | Voice |
| Ivan Ayers | Jonathan Vargas | 10/18/2019 | 4:42:39 | 0:00:00 | Voice |
| Burner Phone | Victim 1's Wife | 10/18/2019 | 4:50:31 | 0:00:28 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 4:54:43 | 0:00:05 | Voice |
| Burner Phone | *67 Victim 1's Sister | 10/18/2019 | 4:55:07 | 0:00:43 | Voice |
| Burner Phone | Victim 1's Brother | 10/18/2019 | 4:55:57 | 0:00:00 | Voice |

Exhibit F

| Caller Name | Recipient Name | Date | Time | Duration | Call Type |
|---|---|---|---|---|---|
| Ivan Ayers | Benjamin Dawkins | 10/18/2019 | 9:56:13 | 0:00:00 | Voice |
| Ivan Ayers | Benjamin Dawkins | 10/18/2019 | 9:56:14 | 0:00:00 | Voice |
| Benjamin Dawkins | Ivan Ayers | 10/18/2019 | 16:14:30 | 0:00:00 | Voice |

Exhibit F