# ILLINOIS STATE POLICE
## FIELD REPORT

Field Report Number: **F15-19-03547**
TraCS Report Number: **19-08239300495**
CAD Number: **151911080018**

| Type of Report(s): | Criminal | | | | Supplemental ☐ |
|---|---|---|---|---|---|
| ORI Number | How Notified | Incident Date | Incident Time | Initial Notification Date | Initial Notification Time |
| IL0229900 | Telephone | 11/08/2019 | 12:45 AM | 11/08/2019 | 1:00 AM |

| Location Description | | GPS Latitude | GPS Longitude |
|---|---|---|---|
| I-88 MP 126 | | 41.806480 | -88.151477 |

| County in which Incident Occurred | Township | Location Type |
|---|---|---|
| DUPAGE | LISLE TWP | HIGHWAY/ROAD/ALLEY |

| Associated Reports: | Agency Name | Reference Type | Reference Number |
|---|---|---|---|
| 1.) | | | |
| 2.) | | | |
| 3.) | | | |
| 4.) | | | |

**Brief Description of Report**
AGG HIJACKING; IMPERSONATING A POLICE OFFICER; TOMALE WILLIAMS; TPR. TOMALIS #6734

| Use of Force? | What Type(s) of Force were Used? |
|---|---|
| ☐ Yes ☒ No | |

## PERSON 1

| Type of Person | | | | Caution |
|---|---|---|---|---|
| VICTIM | | | | No |

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| ███████ | ███████ | | |

| Alias(es) | Business/Organization |
|---|---|
| | |

| DOB Known? | Date of Birth | Age | Gender | Race | Ethnicity |
|---|---|---|---|---|---|
| YES | ███████ | 39 | MALE | BLACK | NOT OF HISPANIC ORIGIN |

| Skin Tone | Height | Weight | Hair Color | Eye Color | Build | Marital Status |
|---|---|---|---|---|---|---|
| MEDIUM BROWN | 6' 01" | 280 LBS | BLACK | BROWN | | |

**Scars/Marks/Tattoos (select up to 10)**

| Address | City | State | Zip Code |
|---|---|---|---|
| ███████ | CHICAGO | IL | 60624 |

| Place of Birth | Resident Status | Other Contact Information |
|---|---|---|
| US - UNITED STATES | RESIDENT | |

| | | Drivers License Number | License State |
|---|---|---|---|
| ███████ | ███████ | W45280080030 | IL |

| ISP ticket # | FBI # | BOI/SID # | LEADS # | NCIC # |
|---|---|---|---|---|
| | | | | |

| Employer or School | Occupation |
|---|---|
| | |

| Address | City | State | Zip Code | Work Phone # |
|---|---|---|---|---|
| | | | | |

| Type of Injury (up to 5) | Address where treatment given |
|---|---|

## PROPERTY 1

| Type of Loss/Etc. | Value of Property | Date Recovered/Seized | Tied to Offense Number(s): |
|---|---|---|---|
| **STOLEN/ETC.** | | | |

| Property Description | Evidence Seized: |
|---|---|
| **PURSES/HANDBAGS/WALLETS** | **NO** |

Property Details
**ONE WALLET CONTAINING VARIOUS BANK CARDS AND ID'S**

| Property Owner's Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| [redacted] | [redacted] | | |

| Property Owner's Address - Street | Home/Cell Phone Number |
|---|---|
| [redacted] | [redacted] |

| State | City | Zip Code |
|---|---|---|
| **IL** | **CHICAGO** | **60624** |

| No. of Stolen Motor Vehicles | No. of Recovered Motor Vehicles |
|---|---|
| | |

| Suspected Drug Type | Estimated Drug Quantity | Type of Drug Measurement |
|---|---|---|
| | | |

## PROPERTY 2

| Type of Loss/Etc. | Value of Property | Date Recovered/Seized | Tied to Offense Number(s): |
|---|---|---|---|
| **STOLEN/ETC.** | | | |

| Property Description | Evidence Seized: |
|---|---|
| **OTHER** | **NO** |

Property Details
[redacted]

| Property Owner's Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| [redacted] | [redacted] | | |

| Property Owner's Address - Street | Home/Cell Phone Number |
|---|---|
| [redacted] | [redacted] |

| State | City | Zip Code |
|---|---|---|
| **IL** | **CHICAGO** | **60624** |

| No. of Stolen Motor Vehicles | No. of Recovered Motor Vehicles |
|---|---|
| | |

| Suspected Drug Type | Estimated Drug Quantity | Type of Drug Measurement |
|---|---|---|
| | | |

## VICTIM INFORMATION

**Type of Victim**
INDIVIDUAL

**Victim Connected to UCR Offense Codes:**

| UCR Offense Code 1 | UCR Offense Code 2 | UCR Offense Code 3 | UCR Offense Code 4 | UCR Offense Code 5 |
|---|---|---|---|---|
| | | | | |
| UCR Offense Code 6 | UCR Offense Code 7 | UCR Offense Code 8 | UCR Offense Code 9 | UCR Offense Code 10 |
| | | | | |

**Aggravated Assault/Homicide Circumstances (up to 2)**

**Additional Justifiable Homicide Circumstances**

| First Offender Seq. # | Victim's Relationship to First Offender | Second Offender Seq. # | Victim's Relationship to Second Offender |
|---|---|---|---|
| Third Offender Seq. # | Victim's Relationship to Third Offender | Fourth Offender Seq. # | Victim's Relationship to Fourth Offender |
| Fifth Offender Seq. # | Victim's Relationship to Fifth Offender | Sixth Offender Seq. # | Victim's Relationship to Sixth Offender |
| Seventh Offender Seq. # | Victim's Relationship to Seventh Offender | Eighth Offender Seq. # | Victim's Relationship to Eighth Offender |
| Ninth Offender Seq. No. | Victim's Relationship to Ninth Offender | Tenth Offender Seq. # | Victim's Relationship to Tenth Offender |

## SPECIAL CIRCUMSTANCES

NOT APPLICABLE ☑   BIAS CRIME ☐   DOMESTIC ABUSE ☐   LEOKA (Law Enforcement Officer Killed in Action) ☐

**Bias Motivation**

**Target Code**

**Bias Group Affiliations**

**Children Present**

**Sequence Number of the Domestic Abuse Offender**

**Domestic Abuse Referrals (up to 6)**

**Officer Killed or Assaulted**

**Call Type**

**Type Of Assignment**

**Body Armor**

## VEHICLE 1

| Vehicle Year | Make | Model | Style |
|---|---|---|---|
| 2019 | DODGE | DURANGO | PASSENGER CAR |

| License Plate # | State | License Plate Year | Color(s) |
|---|---|---|---|
| BL40772 | IL | 2020 | BLACK |

| VIN # | Impounded? | Impound Location | Towed? |
|---|---|---|---|
| 1C4SDJCT7KC722379 | NO | | YES |

| Owner Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| PV | HOLDING | CORP | |

| Street | State |
|---|---|
| 10000 BESSIE COLEMAN DR | IL |

| City | Zip Code | Phone Number | Vehicle Tied to Person(s) |
|---|---|---|---|
| CHICAGO | 60666 | | 001 |

## NARRATIVE

The purpose of this report is to document an Aggravated Hijacking and Impersonating a Police Officer which occurred on November 8, 2019 at 12:45am on I-88 westbound at Milepost 126.

On November 8, 2019, I (Tpr. R. Tomalis #6734) was dispatched to a pedestrian on I-88 eastbound at milepost 126 on the left shoulder. I arrived on scene and observed a male black later identified as ▓▓▓▓▓▓▓▓ wearing handcuffs and hunched over the center median. I approached Williams and inquired as to what circumstances brought him to the center median.

▓▓▓▓▓▓ advised but not verbatim the following occurrence of events. ▓▓▓▓▓▓ was traveling westbound on I-88 near milepost 126 in a black Dodge Durango bearing Illinois registration BL40772. He observed flashing police lights behind him and was pulled over onto the left shoulder by a white Chevrolet Malibu with jet black tinted windows.

An unidentified hispanic male (resemblance to John Stamos) about average height and weight wearing a hooded sweatshirt, jeans, ballistic vest, black handgun and microphone approached the driver's side. A Korean male wearing a gray hooded sweatshirt and ballistic vest approached the passenger side of the vehicle with a gray over black handgun in his hand.

The hispanic male inquired as to why ▓▓▓▓▓▓ had been swerving on the road and asked for his license and insurance. Due to several indicators, ▓▓▓▓▓▓ quickly realized the subjects were not in fact law enforcement officers and began questioning their validity. The subjects then ordered

▓▓▓▓ from the vehicle. ▓▓▓▓ began wrestling with the two subjects until a third male described as a male black wearing a mask over his face and a hooded sweatshirt emerged from the rear driver's side of the white Chevrolet Malibu and threatened to shoot ▓▓▓▓ ▓▓▓▓ was then placed in handcuffs. The subjects then attempted to drag ▓▓▓▓ into their vehicle. ▓▓▓▓ was able to break free and jump over the center concrete median onto the eastbound side of I-88.

The korean male and black male fled in the white Malibu while the hispanic male fled in ▓▓▓▓ vehicle. ▓▓▓▓ was transported to Edwards Hospital in Naperville, IL by Warrenville ambulance run number 19-2014. ▓▓▓▓ vehicle was located at I-88 eastbound milepost 125.75 on the right shoulder.

▓▓▓▓ did not suffer any injuries from the encounter and was released from the Hospital.

The vehicle was placed on an investigative hold. The silver handcuffs were placed into evidence locker #2. While performing a canvass of the area, I located several items belonging to ▓▓▓▓ on the left shoulder of I-88 westbound near where the incident occurred. Those items were placed into temporary storage locker #2.

## OFFICER

| Officer Name | Officer ID | Assisting Officer Name(s) | Assisting Officer ID(s) |
|---|---|---|---|
| R TOMALIS | 6734 | R. SWANSON, K. KELLIHER, K. DARDUGNO | |

| Date report completed | Accept Date | Supervisor | Officer ID |
|---|---|---|---|
| 11/08/2019 | 11/08/2019 | A MIKLASZEWSKI | 6076 |

| Video Taken: | Video Number: | Evidence Seizure: | Photos: |
|---|---|---|---|
| Yes | | YES | YES |

Case Status
**PENDING INVESTIGATION**

Copies To:

Investigating Officer (Signature)

## ATTACHMENT

Description
TOW SHEET; CONSENT TO SEARCH