


## Extraction Report - Apple iOS iTunes (Backup)

### Web History (16)

| # | Title | URL | Last Visited | Visits | Usage Pattern | Source Info | Deleted |
|---|---|---|---|---|---|---|---|
| 1 | johnathAn vargas arrested chicago at DuckDuckGo | https://duckduckgo.com/?q=johnathAn+vargas+arrested+chicago&t=iphone&ia=web | 11/19/2019 12:15:37 PM(UTC-6) | 1 | | **Source:** Safari **Source Extraction:** Legacy **Source file:** CGRCFL141365_partial-afu.zip/private/var/mobile/Library/Safari/History.db : 0x969FE (Table: history_visits, history_items, Size: 647168 bytes) | |
| 2 | johnathAn vargas arrested chicago at DuckDuckGo | https://duckduckgo.com/?q=johnathAn+vargas+arrested+chicago&t=iphone&ia=web | 11/19/2019 12:15:35 PM(UTC-6) | 1 | | **Source:** Safari **Source Extraction:** Legacy **Source file:** CGRCFL141365_partial-afu.zip/private/var/mobile/Library/Safari/History.db : 0x96A4B (Table: history_visits, history_items, Size: 647168 bytes) | |
| 3 | Johnathan Vargas in Illinois \| 127 Records Found \| Spokeo | https://www.spokeo.com/Johnathan-Vargas/Illinois | 11/19/2019 12:15:21 PM(UTC-6) | 1 | | **Source:** Safari **Source Extraction:** Legacy **Source file:** CGRCFL141365_partial-afu.zip/private/var/mobile/Library/Safari/History.db : 0x96A99 (Table: history_visits, history_items, Size: 647168 bytes) | |
| 4 | JONATHAN VARGAS Inmate 17376451: Cook Jail near Chicago, IL | https://www.rapsheets.org/illinois/chicago-jail/VARGAS_JONATHAN/17376451 | 11/19/2019 12:14:50 PM(UTC-6) | 1 | | **Source:** Safari **Source Extraction:** Legacy **Source file:** CGRCFL141365_partial-afu.zip/private/var/mobile/Library/Safari/History.db : 0x96AF1 (Table: history_visits, history_items, Size: 647168 bytes) | |
| 5 | JONATHAN VARGAS Inmate 16945501: Cook Jail near Chicago, IL | https://www.rapsheets.org/illinois/chicago-jail/VARGAS_JONATHAN/16945501 | 11/19/2019 12:14:34 PM(UTC-6) | 1 | | **Source:** Safari **Source Extraction:** Legacy **Source file:** CGRCFL141365_partial-afu.zip/private/var/mobile/Library/Safari/History.db : 0x96B4B (Table: history_visits, history_items, Size: 647168 bytes) | |

**Exhibit H**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | johnathAn vargas arrested Chicago at DuckDuckGo | https://duckduckgo.com/?q=johnathAn+vargas+arrested+chicago&t=iphone&ia=web | 11/19/2019 12:14:31 PM(UTC-6) | | Source: Safari Source Extraction: Legacy Source file: CGRCFL141365_partial-afu.zip/private/var/mobile/Library/Safari/History.db : 0x96BA4 (Table: history_visits, history_items, Size: 647168 bytes) | |
| 7 | johnathAn vargas arrested chicago at DuckDuckGo | https://duckduckgo.com/?q=johnathAn+vargas+arrested+chicago&t=iphone | 11/19/2019 12:14:30 PM(UTC-6) | 1 | Source: Safari Source Extraction: Legacy Source file: CGRCFL141365_partial-afu.zip/private/var/mobile/Library/Safari/History.db : 0x96BF0 (Table: history_visits, history_items, Size: 647168 bytes) | |
| 8 | Jonathan Vargas Mugshot 63298094 - Jonathan Vargas Arrest - Cook County, IL | https://mugshots.com/US-Counties/Illinois/Cook-County-IL/Jonathan-Vargas.63298094.html | 11/19/2019 12:13:58 PM(UTC-6) | 1 | Source: Safari Source Extraction: Legacy Source file: CGRCFL141365_partial-afu.zip/private/var/mobile/Library/Safari/History.db : 0x96C3E (Table: history_visits, history_items, Size: 647168 bytes) | |
| 9 | Jonathan Vargas Mugshot 180440485 - Jonathan Vargas Arrest - Dona Ana County, NM - Booked on 9/24/2019 at 17:10 | https://mugshots.com/US-Counties/New-Mexico/Dona-Ana-County-NM/Jonathan-Vargas.180440485.html | 11/19/2019 12:13:40 PM(UTC-6) | 1 | Source: Safari Source Extraction: Legacy Source file: CGRCFL141365_partial-afu.zip/private/var/mobile/Library/Safari/History.db : 0x96D43 (Table: history_visits, history_items, Size: 647168 bytes) | |
| 10 | Search for Johnathan Vargas Police Arrest Reports Online | https://www.policearrests.com/names/johnathan/vargas/ | 11/19/2019 12:13:35 PM(UTC-6) | 1 | Source: Safari Source Extraction: Legacy Source file: CGRCFL141365_partial-afu.zip/private/var/mobile/Library/Safari/History.db : 0x96CEB (Table: history_visits, history_items, Size: 647168 bytes) | |
| 11 | johnathAn vargas arrested at DuckDuckGo | https://duckduckgo.com/?q=johnathAn+vargas+arrested&t=iphone&ia=web | 11/19/2019 12:13:31 PM(UTC-6) | 1 | Source: Safari Source Extraction: Legacy Source file: CGRCFL141365_partial-afu.zip/private/var/mobile/Library/Safari/History.db : 0x96CA7 (Table: history_visits, history_items, Size: 647168 bytes) | |

Exhibit H

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | johnathAn vargas arrested at DuckDuckGo | https://duckduckgo.com/?q=johnathAn+vargas+arrested&t=iphone | 11/19/2019 12:13:30 PM(UTC-6) | | Source: Safari<br>Source Extraction: Legacy<br>Source file: CGRCFL141365_partial-afu.zip/private/var/mobile/Library/Safari/History.db : 0x96DD0 (Table: history_visits, history_items, Size: 647168 bytes) | |
| 13 | | https://www.facebook.com/public/Jonathan-Vargas | 11/19/2019 12:13:01 PM(UTC-6) | 1 | Source: Safari<br>Source Extraction: Legacy<br>Source file: CGRCFL141365_partial-afu.zip/private/var/mobile/Library/Safari/History.db : 0x96E15 (Table: history_visits, history_items, Size: 647168 bytes) | |
| 14 | jonathan-vargas - Facebook Search | https://m.facebook.com/public/Jonathan-Vargas | 11/19/2019 12:13:01 PM(UTC-6) | 1 | Source: Safari<br>Source Extraction: Legacy<br>Source file: CGRCFL141365_partial-afu.zip/private/var/mobile/Library/Safari/History.db : 0x96E35 (Table: history_visits, history_items, Size: 647168 bytes) | |
| 15 | johnathAn vargas at DuckDuckGo | https://duckduckgo.com/?q=johnathAn+vargas&t=iphone&ia=web | 11/19/2019 12:12:33 PM(UTC-6) | 1 | Source: Safari<br>Source Extraction: Legacy<br>Source file: CGRCFL141365_partial-afu.zip/private/var/mobile/Library/Safari/History.db : 0x96ED1 (Table: history_visits, history_items, Size: 647168 bytes) | |
| 16 | johnathAn vargas at DuckDuckGo | https://duckduckgo.com/?q=johnathAn+vargas&t=iphone | 11/19/2019 12:12:32 PM(UTC-6) | 1 | Source: Safari<br>Source Extraction: Legacy<br>Source file: CGRCFL141365_partial-afu.zip/private/var/mobile/Library/Safari/History.db : 0x96F81 (Table: history_visits, history_items, Size: 647168 bytes) | |

Exhibit H