

# Extraction Report
Apple iOS iTunes (Backup)

## Participants


+17739340296
**Sed Williams*** (owner)


+███████████1
**Ma Ma***

## Conversation - Instant Messages (24)

---

**+███ Ma Ma**
I thought u was out taking care business
Status: Read
Read: 11/15/2019 1:53:54 PM(UTC-6)
11/15/2019 1:51:22 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x84AD5F (Table: message, handle, chat, Size: 25767936 bytes)

---

**+17739340296 Sed Williams**
I am
Status: Sent
Delivered: 11/15/2019 1:53:58 PM(UTC-6)
Read: 11/15/2019 1:55:18 PM(UTC-6)
11/15/2019 1:53:58 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x84AB05 (Table: message, chat, Size: 25767936 bytes)

---

**+███ Ma Ma**
Right. Lying dog face ass
Status: Read
Read: 11/15/2019 1:55:46 PM(UTC-6)
11/15/2019 1:55:27 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x84A4F3 (Table: message, handle, chat, Size: 25767936 bytes)

---

**+17739340296 Sed Williams**
Now I am a dog face huh
Status: Sent
Delivered: 11/15/2019 2:27:00 PM(UTC-6)
Read: 11/15/2019 2:29:14 PM(UTC-6)
11/15/2019 2:26:59 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x84A2B7 (Table: message, chat, Size: 25767936 bytes)

Exhibit 1

> **Ma Ma**
> Dog face bitch
> Status: Read
> Read: 11/15/2019 2:29:26 PM(UTC-6)
> 11/15/2019 2:29:21 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x84BD69 (Table: message, handle, chat, Size: 25767936 bytes)

> **+17739340296 Sed Williams**
>
> Status: Sent
> Delivered: 11/15/2019 2:29:33 PM(UTC-6)
> Read: 11/15/2019 2:35:55 PM(UTC-6)
> 11/15/2019 2:29:33 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x84BB43 (Table: message, chat, Size: 25767936 bytes)

> **Ma Ma**
> Right
> Status: Read
> Read: 11/15/2019 3:34:19 PM(UTC-6)
> 11/15/2019 2:39:01 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x84C550 (Table: message, handle, chat, Size: 25767936 bytes)

> **Ma Ma**
> Just don't call me
> Status: Read
> Read: 11/15/2019 6:08:22 PM(UTC-6)
> 11/15/2019 5:57:02 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x855892 (Table: message, handle, chat, Size: 25767936 bytes)

> **+17739340296 Sed Williams**
> If I tell u I am doing something then chill
> Status: Sent
> Delivered: 11/15/2019 6:09:04 PM(UTC-6)
> Read: 11/15/2019 6:12:31 PM(UTC-6)
> 11/15/2019 6:09:03 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x855662 (Table: message, chat, Size: 25767936 bytes)

**Exhibit I**

**Ma Ma**
Attachments:
Size: 1557366
File name: IMG_3358.png
IMG_3358.png
Status: Read
Read: 11/15/2019 6:53:21 PM(UTC-6)

11/15/2019 6:53:11 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x85663F (Table: message, handle, chat, attachment, Size: 25767936 bytes)
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/50/00/DF0E21CD-4A1B-49FD-AB4E-6E60EB4E5815/IMG_3358.png : (Size: 1557366 bytes)

**Ma Ma**
I'm finna come get my vest I'm not tryna hear shit
Status: Read
Read: 11/15/2019 7:04:42 PM(UTC-6)

11/15/2019 7:03:05 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8563B1 (Table: message, handle, chat, Size: 25767936 bytes)

+17739340296 Sed Williams

Status: Sent
Delivered: 11/15/2019 7:04:51 PM(UTC-6)
Read: 11/15/2019 7:05:04 PM(UTC-6)

11/15/2019 7:04:51 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x857F85 (Table: message, chat, Size: 25767936 bytes)

**Ma Ma**
Have my shit
Status: Read
Read: 11/15/2019 7:44:18 PM(UTC-6)

11/15/2019 7:05:14 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x857D4D (Table: message, handle, chat, Size: 25767936 bytes)

**Ma Ma**
Wya
Status: Read
Read: 11/15/2019 7:44:18 PM(UTC-6)

11/15/2019 7:36:45 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x857601 (Table: message, handle, chat, Size: 25767936 bytes)

**Exhibit I**

**+17739340296 Sed Williams**
On 69
Status: Sent
Delivered: 11/15/2019 7:44:25 PM(UTC-6)
Read: 11/15/2019 7:44:28 PM(UTC-6)
11/15/2019 7:44:24 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8573F3 (Table: message, chat, Size: 25767936 bytes)

Ma Ma
Doing
Status: Read
Read: 11/15/2019 7:48:16 PM(UTC-6)
11/15/2019 7:44:38 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8571E9 (Table: message, handle, chat, Size: 25767936 bytes)

Ma Ma
Hello
Status: Read
Read: 11/15/2019 7:48:16 PM(UTC-6)
11/15/2019 7:48:02 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x858F8D (Table: message, handle, chat, Size: 25767936 bytes)

**+17739340296 Sed Williams**
Nothing waiting on drake an mook
Status: Sent
Delivered: 11/15/2019 7:48:32 PM(UTC-6)
Read: 11/15/2019 7:48:49 PM(UTC-6)
11/15/2019 7:48:32 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x858D7B (Table: message, chat, Size: 25767936 bytes)

Ma Ma
Right Lmaoooo
Status: Read
Read: 11/15/2019 7:48:55 PM(UTC-6)
11/15/2019 7:48:53 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x858B3B (Table: message, handle, chat, Size: 25767936 bytes)

**+17739340296 Sed Williams**
Fr
Status: Sent
Delivered: 11/15/2019 7:49:00 PM(UTC-6)
Read: 11/15/2019 7:49:00 PM(UTC-6)
11/15/2019 7:49:00 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x858917 (Table: message, chat, Size: 25767936 bytes)

**Exhibit I**

**Ma Ma**
Didn't y'all just come from a stain
Status: Read
Read: 11/15/2019 7:49:08 PM(UTC-6)
11/15/2019 7:49:08 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x858711 (Table: message, handle, chat, Size: 25767936 bytes)

+17739340296 Sed Williams
No we missed him an stop asking me question
Status: Sent
Delivered: 11/15/2019 7:49:40 PM(UTC-6)
Read: 11/15/2019 7:49:44 PM(UTC-6)
11/15/2019 7:49:39 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x8584BB (Table: message, chat, Size: 25767936 bytes)

**Ma Ma**
I can ask wtf I want shut the fuck up lying ass
Status: Read
Read: 11/15/2019 8:01:51 PM(UTC-6)
11/15/2019 7:50:03 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x858265 (Table: message, handle, chat, Size: 25767936 bytes)

**Ma Ma**
Lie so much it's sad
Status: Read
Read: 11/15/2019 8:01:51 PM(UTC-6)
11/15/2019 7:58:47 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x859F8D (Table: message, handle, chat, Size: 25767936 bytes)

**Exhibit I**