

# Extraction Report
Apple iOS iTunes (Backup)

## Participants


+17739340296
**Sed Williams*** (owner)


+
**Ma Ma***

## Conversation - Instant Messages (44)

> **+ Ma Ma**
> I just want my stuffff
> Status: Read
> Read: 12/4/2019 4:05:45 PM(UTC-6)
> 12/4/2019 4:01:53 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C177D (Table: message, handle, chat, Size: 25767936 bytes)

> **+17739340296 Sed Williams**
> Yup gone call him
> Status: Sent
> Delivered: 12/4/2019 4:06:01 PM(UTC-6)
> Read: 12/4/2019 4:13:52 PM(UTC-6)
> 12/4/2019 4:06:01 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C1547 (Table: message, chat, Size: 25767936 bytes)

> **+ Ma Ma**
> We on ft now
> Status: Read
> Read: 12/4/2019 4:48:40 PM(UTC-6)
> 12/4/2019 4:14:00 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C1325 (Table: message, handle, chat, Size: 25767936 bytes)

**Exhibit M**

**Ma Ma**

Attachments:



Size: 3127323
File name: IMG_3872.png
IMG_3872.png

Status: Read
Read: 12/4/2019 4:48:40 PM(UTC-6)

12/4/2019 4:14:29 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C2F8D (Table: message, handle, chat, attachment, Size: 25767936 bytes)
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/42/02/9E559F6D-63A9-4C78-AC93-11060F2EBA3E/IMG_3872.png : (Size: 3127323 bytes)

+17739340296 Sed Williams

Lmaooo

Status: Sent
Delivered: 12/4/2019 4:50:18 PM(UTC-6)
Read: 12/4/2019 4:50:41 PM(UTC-6)

12/4/2019 4:50:01 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C2ACF (Table: message, chat, Size: 25767936 bytes)

+17739340296 Sed Williams

Well no need to text me no more

Status: Sent
Delivered: 12/4/2019 4:50:23 PM(UTC-6)
Read: 12/4/2019 4:50:41 PM(UTC-6)

12/4/2019 4:50:23 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C28B9 (Table: message, chat, Size: 25767936 bytes)

**Ma Ma**

Just give me my shit then

Status: Read
Read: 12/4/2019 4:51:27 PM(UTC-6)

12/4/2019 4:51:27 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C2679 (Table: message, handle, chat, Size: 25767936 bytes)

+17739340296 Sed Williams

Bitch buy a new one I took that bitch

Status: Sent
Delivered: 12/4/2019 4:52:19 PM(UTC-6)
Read: 12/4/2019 4:54:40 PM(UTC-6)

12/4/2019 4:52:19 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C243F (Table: message, chat, Size: 25767936 bytes)

**Exhibit M**

> **+17739340296 Sed Williams**
> An by the way bitch I am about to take a nap hoe
> Status: Sent
> Delivered: 12/4/2019 4:53:29 PM(UTC-6)
> Read: 12/4/2019 4:54:40 PM(UTC-6)
> 12/4/2019 4:53:28 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C3F85 (Table: message, chat, Size: 25767936 bytes)

> **Ma Ma**
> Lmaoooo n her bed ok pooh daddy
> Status: Read
> Read: 12/4/2019 4:57:44 PM(UTC-6)
> 12/4/2019 4:54:57 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C3D1B (Table: message, handle, chat, Size: 25767936 bytes)

> **Ma Ma**
> Bitch I wil tell all these niggas u robbed that u robbed them. Stealing ass bitch. Get indicted quick
> Status: Read
> Read: 12/4/2019 4:57:44 PM(UTC-6)
> 12/4/2019 4:55:45 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C3ADD (Table: message, handle, chat, Size: 25767936 bytes)

> **+17739340296 Sed Williams**
> Bitch who cares
> Status: Sent
> Delivered: 12/4/2019 5:02:01 PM(UTC-6)
> Read: 12/4/2019 5:02:01 PM(UTC-6)
> 12/4/2019 4:58:22 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C3808 (Table: message, chat, Size: 25767936 bytes)

> **+17739340296 Sed Williams**
> An tell them have more money next time an it's A different between taking an stealing hoe
> Status: Sent
> Delivered: 12/4/2019 5:02:01 PM(UTC-6)
> Read: 12/4/2019 5:02:01 PM(UTC-6)
> 12/4/2019 4:59:14 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C35C6 (Table: message, chat, Size: 25767936 bytes)

> **Ma Ma**
> Starting with Needy. They Gone kill yo old dumb ass
> Status: Read
> Read: 12/4/2019 5:01:38 PM(UTC-6)
> 12/4/2019 5:01:31 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C3305 (Table: message, handle, chat, Size: 25767936 bytes)

**Exhibit M**

3

**+17739340296 Sed Williams**
Lmaooo
Status: Sent
Delivered: 12/4/2019 5:01:50 PM(UTC-6)
Read: 12/4/2019 5:02:01 PM(UTC-6)
12/4/2019 5:01:50 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C4F85 (Table: message, chat, Size: 25767936 bytes)

**+17739340296 Sed Williams**
Hurry up tell him I need more
Status: Sent
Delivered: 12/4/2019 5:02:07 PM(UTC-6)
Read: 12/4/2019 5:02:07 PM(UTC-6)
12/4/2019 5:02:07 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C4D6F (Table: message, chat, Size: 25767936 bytes)

**Ma Ma**
K
Status: Read
Read: 12/4/2019 5:02:13 PM(UTC-6)
12/4/2019 5:02:13 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C4B35 (Table: message, handle, chat, Size: 25767936 bytes)

**+17739340296 Sed Williams**
Give him my number
Status: Sent
Delivered: 12/4/2019 5:02:24 PM(UTC-6)
Read: 12/4/2019 5:02:24 PM(UTC-6)
12/4/2019 5:02:24 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C4929 (Table: message, chat, Size: 25767936 bytes)

**Ma Ma**
Liked "Give him my number "
Status: Read
Read: 12/4/2019 5:03:02 PM(UTC-6)
12/4/2019 5:02:33 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C448C (Table: message, handle, chat, Size: 25767936 bytes)

**Ma Ma**
We both moved on so just give me my stuff I'm not finna do this back n forth shenanigans
Status: Read
Read: 12/4/2019 5:03:38 PM(UTC-6)
12/4/2019 5:03:38 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C5F8D (Table: message, handle, chat, Size: 25767936 bytes)

**Exhibit M**

4

> +17739340296 Sed Williams
> Ok hoe I got u
> Status: Sent
> Delivered: 12/4/2019 5:03:56 PM(UTC-6)
> Read: 12/4/2019 5:03:59 PM(UTC-6)
> 12/4/2019 5:03:55 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C5CCE (Table: message, chat, Size: 25767936 bytes)

> +[REDACTED] Ma Ma
> Now pussy
> Status: Read
> Read: 12/4/2019 5:04:05 PM(UTC-6)
> 12/4/2019 5:04:05 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C5AB2 (Table: message, handle, chat, Size: 25767936 bytes)

> +17739340296 Sed Williams
> I got u u fat bitch chill
> Status: Sent
> Delivered: 12/4/2019 5:04:47 PM(UTC-6)
> Read: 12/4/2019 5:04:50 PM(UTC-6)
> 12/4/2019 5:04:46 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C5896 (Table: message, chat, Size: 25767936 bytes)

> +[REDACTED] Ma Ma
> Yo head was definitely between these fat ass thighs eater
> Status: Read
> Read: 12/4/2019 5:05:16 PM(UTC-6)
> 12/4/2019 5:05:15 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C5664 (Table: message, handle, chat, Size: 25767936 bytes)

> +17739340296 Sed Williams
> I am laughing so hard I knew that would get to u
> Status: Sent
> Delivered: 12/4/2019 5:05:45 PM(UTC-6)
> Read: 12/4/2019 5:05:50 PM(UTC-6)
> 12/4/2019 5:05:44 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C53E7 (Table: message, chat, Size: 25767936 bytes)

> +[REDACTED] Ma Ma
> Lmaooo it didn't at all
> Status: Read
> Read: 12/4/2019 5:06:06 PM(UTC-6)
> 12/4/2019 5:06:06 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C6F8D (Table: message, handle, chat, Size: 25767936 bytes)

**Exhibit M**

> +17739340296 Sed Williams
> Yeah ok
> Status: Sent
> Delivered: 12/4/2019 5:06:17 PM(UTC-6)
> Read: 12/4/2019 5:06:24 PM(UTC-6)
> 12/4/2019 5:06:17 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C6D51 (Table: message, chat, Size: 25767936 bytes)

> +[REDACTED] Ma Ma
> Attachments:
> 
> Size: 3865001
> File name: IMG_4760.gif
> IMG_4760.gif
> Status: Read
> Read: 12/4/2019 5:22:26 PM(UTC-6)
> 12/4/2019 5:07:25 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C6713 (Table: message, handle, chat, attachment, Size: 25767936 bytes)
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/94/04/DE8CEFC5-8F2A-49A3-B14B-1032FC51EE5F/IMG_4760.gif : (Size: 3865001 bytes)

> +[REDACTED] Ma Ma
> Drop to my moms, hopefully by Friday I be out of the crib and u won't know wtf I'm at. You'll b blocked soon as I do
> Status: Read
> Read: 12/4/2019 5:22:26 PM(UTC-6)
> 12/4/2019 5:10:35 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C7F8D (Table: message, handle, chat, Size: 25767936 bytes)

> +17739340296 Sed Williams
> Call fat daddy bitch
> Status: Sent
> Delivered: 12/4/2019 5:18:42 PM(UTC-6)
> Read: 12/4/2019 5:19:27 PM(UTC-6)
> 12/4/2019 5:18:40 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C793F (Table: message, chat, Size: 25767936 bytes)

> +[REDACTED] Ma Ma
> Shut yo $5 ass up, before I make change bitch
> Status: Read
> Read: 12/4/2019 5:22:26 PM(UTC-6)
> 12/4/2019 5:19:27 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C7715 (Table: message, handle, chat, Size: 25767936 bytes)

**Exhibit M**

**Ma Ma**
Drop my shit off mad as hoe I should've blacked yo fuckin eye that day pussy
Status: Read
Read: 12/4/2019 5:22:26 PM(UTC-6)
12/4/2019 5:21:03 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C8F8D (Table: message, handle, chat, Size: 25767936 bytes)

**Ma Ma**
Probably don't even got gas money to drop it off. Sad ass
Status: Read
Read: 12/4/2019 5:22:26 PM(UTC-6)
12/4/2019 5:21:32 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C8CEE (Table: message, handle, chat, Size: 25767936 bytes)

**+17739340296 Sed Williams**
Status: Sent
Delivered: 12/4/2019 5:23:28 PM(UTC-6)
Read: 12/4/2019 5:24:22 PM(UTC-6)
12/4/2019 5:23:27 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C8A6F (Table: message, chat, Size: 25767936 bytes)

**Ma Ma**
Vest
Status: Read
Read: 12/4/2019 5:29:02 PM(UTC-6)
12/4/2019 5:25:39 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C87CE (Table: message, handle, chat, Size: 25767936 bytes)

**Ma Ma**
Done arguing just want my stuff fr u dtm
Status: Read
Read: 12/4/2019 5:29:02 PM(UTC-6)
12/4/2019 5:26:23 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C85C6 (Table: message, handle, chat, Size: 25767936 bytes)

**+17739340296 Sed Williams**
Yup
Status: Sent
Delivered: 12/4/2019 5:29:14 PM(UTC-6)
Read: 12/4/2019 5:29:33 PM(UTC-6)
12/4/2019 5:29:14 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C836E (Table: message, chat, Size: 25767936 bytes)

**Exhibit M**

**Ma Ma**
Please
Status: Read
Read: 12/4/2019 5:30:00 PM(UTC-6)

12/4/2019 5:29:37 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C9F8D (Table: message, handle, chat, Size: 25767936 bytes)

+17739340296 Sed Williams
Okay bitch
Status: Sent
Delivered: 12/4/2019 5:30:07 PM(UTC-6)
Read: 12/4/2019 5:30:26 PM(UTC-6)

12/4/2019 5:30:07 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C9D77 (Table: message, chat, Size: 25767936 bytes)

**Ma Ma**
Keep being disrespectful
Status: Read
Read: 12/4/2019 5:35:03 PM(UTC-6)

12/4/2019 5:30:34 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9C9B61 (Table: message, handle, chat, Size: 25767936 bytes)

**Ma Ma**
I need today, I have a long day tomorrow n turning it in Friday morning
Status: Read
Read: 12/4/2019 5:35:06 PM(UTC-6)

12/4/2019 5:35:05 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9CAF8D (Table: message, handle, chat, Size: 25767936 bytes)

+17739340296 Sed Williams
Nall that's u
Status: Sent
Delivered: 12/4/2019 5:35:15 PM(UTC-6)
Read: 12/4/2019 5:35:24 PM(UTC-6)

12/4/2019 5:35:15 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9CA2E6 (Table: message, chat, Size: 25767936 bytes)

**Ma Ma**
Ok Sedgwick
Status: Read
Read: 12/4/2019 5:35:50 PM(UTC-6)

12/4/2019 5:35:34 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9CBF8D (Table: message, handle, chat, Size: 25767936 bytes)

**Exhibit M**

+17739340296 Sed Williams

Okay ms Davis

**Status:** Sent
**Delivered:** 12/4/2019 5:36:08 PM(UTC-6)
**Read:** 12/4/2019 5:36:35 PM(UTC-6)

12/4/2019 5:36:08 PM(UTC-6)

Source Info:
CGRCFL141150_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x9CBD6D (Table: message, chat, Size: 25767936 bytes)

**Exhibit M**